UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENWEI DU,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>VASSAR COLLEGE; ELIZABETH BRADLEY; JONATHAN CHENETTE; WILLIAM HOYNES,<br><br>　　　　　　　　Defendants. | ORDER OF SERVICE<br><br>21-CV-6530 (PMH) |

PHILIP M. HALPERN, United States District Judge:

　　Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

　　The Clerk of Court is directed to issue summonses as to Defendants Vassar College, Elizabeth Bradley, Jonathan Chenette, and William Hoynes. Plaintiff is directed to serve a summons and the complaint on each defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

　　The Clerk of Court is directed to mail an information package to Plaintiff. Plaintiff has consented to receive electronic service of notices and documents in this action. (Doc. 2).

SO ORDERED.

Dated: 　White Plains, New York
　　　　　August 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PHILIP M. HALPERN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge